No. 17,130.

MEAKER *v.* WALLACE.
(268 P. [2d] 405)

Decided March 15, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. MOYNIHAN, HUGHES & BJELLAND, for plaintiff in error.

Messrs. BRYANT, PETRIE & WALDECK, for defendant in error.